# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: IMERYS TALC AMERICA, INC., IMERYS TALC VERMONT, INC., AND IMERYS TALC CANADA, INC.,

*Debtors.*

CYPRUS HISTORICAL EXCESS INSURERS,

*Appellant,*

v.

IMERYS TALC AMERICA, INC., IMERYS TALC VERMONT, INC., IMERYS TALC CANADA, INC., AND FUTURE CLAIMANTS' REPRESENTATIVE

*Appellees.*

On Appeal from the United States Bankruptcy Court
for the District of Delaware
(No. 19-br-10289—Hon. Laurie Selber Silverstein)

# JOINDER OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS IN THE BRIEFS FILED BY EACH OF: (I) APPELLEES IMERYS TALC AMERICA, INC., IMERYS TALC VERMONT, INC., AND IMERYS TALC CANADA, INC.; AND (II) APPELLEE JAMES L. PATTON JR., IN HIS CAPACITY AS THE FUTURE CLAIMANTS' REPRESENTATIVE

**ROBINSON & COLE LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE Bar No. 5378)
Mark A. Fink (DE Bar No. 3946)
1201 North Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
nramsey@rc.com
mfink@rc.com

-and-

Michael R. Enright (*pro hac vice to be filed*)
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8290
Facsimile: (860) 275-8299
menright@rc.com


*Counsel to the Official Committee of Tort Claimants*


Dated: December 16, 2019

The Official Committee of Tort Claimants, (the "**Committee**"), submits this joinder. Pursuant to Federal Rule of Appellate Procedure 28(i), the Committee hereby joins in the Brief for Appellees Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada, Inc. **("Debtors' Brief")** (Docket No. 22 in C.A. No. 19-944; Docket No. 21 in C.A. Nos. 19-1120, 19-1121, and 19-1122) with respect to the appointment of Mr. Patton as the Future Claimants' Representative. The Committee does not join and does not agree with the Debtors' description of the factual background of their bankruptcy cases. Specifically, the Committee does not join in the Debtors' statement that their talc is "safe and asbestos-free" or that the claims asserted by the victims whose interests are represented by the Committee are without merit. *See* Debtors' Brief at p. 7. Rather, the Committee believes that talc is not safe and causes personal injuries, including fatal cancers. Finally, the Committee contends that section 524(g) provides the exclusive means for discharging present and future claims, and it does not agree with any implication that future claims may be discharged in any other manner. *See id.* at 3.

The Committee joins in the Responsive Brief of Appellee James L. Patton, Jr., in his Capacity as the Future Claimants' Representative (the "**FCR's Brief**") (Docket No. 24 in C.A. No. 19-944; Docket No. 23 in C.A. Nos. 19-1120, 19-1121, and 19-1122).

Each of the Debtors' Brief and the FCR's Brief responds to the Appellants' Opening Brief on Appeal From a Bankruptcy Court Order Appointing James Patton of Young Conaway as Future Claimants' Representative (Docket No. 14 in C.A. No. 19-944; Docket No. 13 in C.A. Nos. 19-1120, 19-1121, and 19-1122).

**ROBINSON & COLE LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey (DE Bar No. 5378)
Mark A. Fink (DE Bar No. 3946)
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
Wilmington, DE 19801
Telephone: (302) 295-4800
Facsimile: (302) 351-8618
nramsey@rc.com
mfink@rc.com

-and-

Michael R. Enright (*pro hac vice to be filed*)
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8290
Facsimile: (860) 275-8299
menright@rc.com

*Counsel to the Official Committee of Tort Claimants*

# CERTIFICATE OF COMPLIANCE

As required by Federal Rule of Bankruptcy Procedure 8015(h), I certify that this joinder complies with the type-volume limitation of Rule 8015(a)(7)(B) because this joinder contains fewer than 13,000 words, excluding any items exempted by Rule 8015(g).  And this joinder complies with the typeface requirements of Rule 8015(a)(5) and the type-style requirements of Rule 8015(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Mark A. Fink*
Mark A. Fink